# MINUTE ORDER

Page 11

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 9/23/20    Time: 1:00 p.m.

Defendant: Ulysses Cabrera    J#: 83827-053    Case #: 18-20946-CR-ALTONAGA(s)
AUSA: Quinshawna Landon    Attorney: Hilton Napoleon II (Perm)
Violation: Continuing Criminal Enterprise/Consp/PWID Controlled Substances    Surr/Arrest Date: 9/22/2020    YOB: 1989

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: Pretrial Detention    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: English

Disposition: Defendant consented to appear via VTC. Arraignment held. Not gulity plea entered. Standard discovery order requested.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD Hearing: 928/2020 at 1:30pm (DUTY COURT MIA)
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. JG_01_09-23-2020/ZOOM    Time in Court: 7 mins.

s/Jonathan Goodman    Magistrate Judge