UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20946-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ULYSSES CABRERA**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge Chris M. McAliley's Sealed Report and Recommendations on Counsel's Motion to Exceed the CJA and Hourly Rate Limit for Investigative Fees [ECF No. 1159], filed July 7, 2021. The Court sees no likelihood of any party filing objections to the Report. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 1159]** is **AFFIRMED**, and the Defendant's Motion **[ECF No. 1138]** is **GRANTED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 8th day of July, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record